**No. 09-9183. Harvey R. Johnson, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1928, 176 L. Ed. 2d 395, 2010 U.S. LEXIS 2477.

March 22, 2010. Petition for writ of cer-

tiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 330 Fed. Appx. 901.